UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ford Motor Company, et al.,

                        Plaintiff(s),

v.                                              Case No. 4:14–cv–13760–TGB–MJH
                                                Hon. Terrence G. Berg

Autel US Inc., et al.,

                        Defendant(s),
_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

   The following motion(s) have been filed:

            Motion to Dismiss – #14

   Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

   Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

   Courtesy copies are not required.

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                        By: s/A Chubb_____
                              Case Manager

Dated:   March 27, 2015