# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware corporation, and FORD GLOBAL TECHNOLOGIES, LLC, Delaware Limited Liability Company, | |
| Plaintiffs and Counterclaim Defendants, | |
| v. | |
| AUTEL US INC, a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CO., LTD, a Chinese corporation, | Case No. 14-13760<br>Hon. Terrence G. Berg |
| Defendants and Counter Claimants, | |
| v. | |
| INNOVA ELECTRONICS, CORP., a California corporation, | |
| Counterclaim Defendant. | |

## ORDER

In its Order of February 24, 2017, the Court noted that it had been advised that the parties were making progress in settlement negotiations and expressed its encouragement to the parties to redouble their efforts and work swiftly to finalize an agreement. Dkt. 103, Pg. IDs 3548-3549. Today, counsel for Ford and Autel communicated by telephone to the Court's Case Manager that they have reached a settlement and that they wished to be relieved of their obligations to meet the Court's scheduling order regarding motions briefing. In consideration of the foregoing, the

parties are hereby **ORDERED** to file a joint notice of settlement by no later than 5:00 p.m. Wednesday, March 1, 2017. The parties must then submit a stipulated order of dismissal by Thursday, March 16, 2017, otherwise the Court will dismiss the case *sua sponte* and will retain jurisdiction to enforce the terms of the settlement.

If the parties are unable to submit a joint notice of settlement by the required deadline, Autel must instead file its response to Ford's motion for summary judgment by 5:00 p.m. Wednesday, March 1, 2017. This constitutes a one-day extension of the Court's previous scheduling order. If no joint notice of settlement is filed, Ford must still submit its reply by Thursday, March 2, 2017 at 11:59p.m.

**SO ORDERED.**

Dated: February 28, 2017     s/Terrence G. Berg
　　　　　　　　　　　　　　　TERRENCE G. BERG
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on February 28, 2017, using the CM/ECF system, which will send notification to all parties.

　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　Case Manager