UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ford Motor Company, et al.,

                Plaintiff(s),

v.                               Case No. 4:14–cv–13760–TGB–MJH
                                                      Hon. Terrence G. Berg

Autel US Inc., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Terrence G. Berg at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

      Motion – #110

- MOTION HEARING:  March 20, 2019 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/A Chubb
                                                         Case Manager

Dated:  December 27, 2018