IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FORD MOTOR COMPANY**, a Delaware corporation, and **FORD GLOBAL TECHNOLOGIES, LLC**, a Delaware Limited Liability Company,<br><br>    Plaintiff and Counterclaim Defendants,<br><br>v.<br><br>**AUTEL US INC.**, a New York corporation, and **AUTEL INTELLIGENT TECHNOLOGY CO., LTD.**, a Chinese corporation,<br><br>    Defendants and Counterclaimants, | Civil Action No.<br>4:14cv13760-TGB-MJH<br><br>Honorable Terrence G. Berg |

GREGORY D. PHILLIPS (P80801)
JARED L. CHERRY (P80800)
**PHILLIPS RYTHER & WINCHESTER**
124 South 600 East
Salt Lake City, Utah 84102
Tel: (801) 935-4935
Fax: (801) 935-4936
Attorneys for Plaintiffs

## WITHDRAWAL OF MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH PREJUDICE

Pursuant to an agreement reached at the settlement conference held on April 1, 2019, before the Honorable Judge Mona K. Majzoub, Ford withdraws its motion to enforce settlement agreement (Doc. No. 110) with prejudice.

1

PHILLIPS, RYTHER & WINCHESTER

By: /s/ Jared L. Cherry
Gregory D. Phillips
Jared L. Cherry
*Attorneys for Plaintiffs Ford Motor Co.*
*and*
*Ford Global Technologies LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

By: /s/ Jared L. Cherry